bill of exceptions. The record being without error, the judgment appealed from will stand affirmed.

Affirmed.

---

(127 So. 924)

## Ex parte R. T. MORRIS et al.
### 6 Div. 809.

Court of Appeals of Alabama.
Jan. 18, 1930.

---

PER CURIAM.
Writ denied.

---

(121 So. 924)

## R. T. MORRIS v. J. Russell McELROY, Judge. (6 Div. 496.)

Court of Appeals of Alabama. April 16, 1929.

---

Cora R. Thompson and Theodore J. Lamar, both of Birmingham, for petitioner.

Horace C. Wilkinson, of Birmingham, for respondent.

BRICKEN, P. J. All the questions in this application for a mandamus have been decided against the petitioner in Ex parte Von L. Thompson et al. (6 Div. 495) ante, p. 46, 121 So. 429, and Ex parte R. T. Morris, etc. (6 Div. 481) ante, p. 95, 122 So. 606. The petition is dismissed, and the mandamus denied, at the cost of petitioner.

Writ denied.

---

(127 So. 924,

## Henry M. MORRIS, alias Loving Henry, v. STATE.
### I Div. 902.

Court of Appeals of Alabama.
April 15, 1930.

---

SAMFORD, J.
Judgment of conviction affirmed; remanded for proper sentence for costs.

---

(128 So. 921)

## Wesley MORRIS v. STATE.
### 8 Div. 39.

Court of Appeals of Alabama.
May 27, 1930.

---

SAMFORD, J.
Affirmed.
See, also, ante, p. ——, 123 So. 280.

---

(128 So. 921)

## Sam MORRISON v. STATE.
### 6 Div. 741.

Court of Appeals of Alabama.
May 13, 1930.

---

SAMFORD, J.
Affirmed.

---

(124 So. 924)

## Ed MORROW v. STATE. (I Div. 891.)

Court of Appeals of Alabama. Nov. 19, 1929.

---

SAMFORD, J. Affirmed.

---

(125 So. 924)

## Ella MOSS v. CITY OF BIRMINGHAM. (6 Div. 798.)

Court of Appeals of Alabama. Feb. 3, 1930.

---

PER CURIAM. Appeal dismissed by appellant.